IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 26  A 10: 28

<u>Timmy T. Harris</u>                )
Full name and prison number      )
of plaintiff(s)                  )
                                 )
v.                               )     CIVIL ACTION NO. <u>1:06cv479-WKW</u>
                                 )     (To be supplied by Clerk of
<u>Wally Olson et al</u>              )      U.S. District Court)
                                 )
<u>James Willis III</u>                )
                                 )
<u>Vernon Thomas</u>                   )
                                 )
_____          )
                                 )
_____          )
Name of person(s) who violated   )
your constitutional rights.      )
(List the names of all the       )
persons.)                        )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (✓)  NO ( )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (✓)  NO ( )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) <u>Timmy Harris, Timmy Harris, Timmy Harris</u>

               Defendant(s) <u>Hal Cox, K. Latham et al</u>

          2.   Court (if federal court, name the district; if
               state court, name the county) <u>The Middle District of Alabama</u>

3. Docket number _1:05-cv-01187_

4. Name of judge to whom case was assigned _Hon Venzetta Penn Mcpherson_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still pending_

6. Approximate date of filing lawsuit _12-14-2005_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Dale County Jail Po Box 279 Ozark Alabama_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Same_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Wally Olson | P.O Box 279 Ozark, Alabama 36361 |
| 2. | James T. Willis III | P.O Box 279 Ozark Alabama 36361 |
| 3. | Vernon Thomas | Po Box 279 Ozark Alabama 36361 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Sept 8, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _ILLEGAL SEARCH AND SIEZURE_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

On or about September 8, 2005 WALLY OLSAN ACTING UNDER COLOR OF LAW DID UNLAWFULLY SEARCH AND SIEZE ITEMS THAT ARE BEING USED AS EVIDENCE IN A CRIMINAL CASE WITHOUT CONSENT OR A WARRANT, THIS EVIDENCE WAS PLANTED AND FABRICATED BY HIM AND SEVERAL NEWTON PD officers

**GROUND TWO:** Cruel and Unusual Punishment,

**SUPPORTING FACTS:** On or about September 8, 2005 JAMES T. WILLIS III ACTING UNDER COLOR OF LAW HAS FOR THE LAST (9)mos had me the Complaintiff housed in a Lockdown cell block for no reason, He has Denied me Fresh air and he has Denied me Acess to the Dentist for a chipped tooth that was the result Lack of Personal Hygiene

**GROUND THREE:** Cruel and Unusual Punishment, PART II

**SUPPORTING FACTS:** On or about APRIL 1-25 2006 JAMES T. WILLIS HAS DENIED MYSELF THE PLAINTIFF AND SEVERAL OTHER INMATES SINCE HE MOVED ME FROM LOCKDOWN ACESS TO THE RECREATION YARD, I have not breathed any fresh air in three months, this practice is used to force Pre-Trial Detainees into accepting Plea Bargins for Relief,

ON OR about APRIL-1 thru 25 2006. VERNON Thomas a Jailer acting under color of law have denied I the complaintiff Personal Hygiene items and has on several occasion's DENIED ANY AND ALL REQUEST THAT WERE WITHIN THE SCOPE OF His duties, VERNON THOMAS is a RESIDENT OF NEWTON ALABAMA AND is A FORMER LAW ENFORCEMENT FOR THE TOWN AND is ACTING OUT IN RETAILIATION FOR THE LAWSUIT THAT I THE PLAINTIFF FILED HARRIS VS LATHAM,

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I humbly Ask this Court to consider the Injunctive Order for Recreational Priviledges and I also Ask the Court for An Monetary Award For Mental Anguish In the Amount of $400,000.00 plus Punitive Damages $20,000.00

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5-25-2006 .
              (Date)

_____
Signature of plaintiff(s)

4