

Exhibit "B"

Items in Trunk mentioned





ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF DALE COUNTY * * *

AGENCY NUMBER: 05-09-025       WARRANT NUMBER: WR 2005 00
                               OTHER CASE NBR:

COMPLAINT                                              **ORIGINAL**

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF
DALE COUNTY, ALABAMA, PERSONALLY APPEARED   (GJ,PH) K LATHAM
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   TIMMY T. HARRIS                DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT SEPTEMBER 8, 2005, KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED
(X) CONTROL OVER A BOX OF ASSORTED CD'S AND (1) MAKITA DRILL THE PROPERTY
    OF TERRY WOODHAM OF RAIL SIDE AUCTION, OF THE VALUE OF $550.00,
( ) CONTROL OVER A CREDIT/DEBIT CARD, TO-WIT_____
    THE PROPERTY OF
( ) CONTROL OVER A FIREARM, RIFLE, OR SHOTGUN, TO-WIT:_____
    _____, THE PROPERTY OF _____
( ) CONTROL OVER ANY SUBSTANCE CONTROLLED BY CHAPTER 2 OF TITLE 20 OR ANY
    AMENDMENTS THERETO, TO-WIT:
( ) CONTROL OVER ANY LIVESTOCK, TO-WIT:_____
( ) CONTROL OVER_____
    THE PROPERTY OF_____, OF THE VALUE OF_____
    AND THE DEFENDANT HAS PREVIOUSLY BEEN CONVICTED OF THEFT OF PROPERTY IN
    THE FIRST OR SECOND DEGREE, TO-WIT:_____
WITH THE INTENT TO DEPRIVE THE OWNER OF SAID PROPERTY,!
IN VIOLATION OF 13A-008-004                                 OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                              _____
                                              COMPLAINANT'S SIGNATURE

Exhibit "C"

"Item's taken from car without consent"

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 09 DAY OF SEPTEMBER, 2005
_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: THEFT OF PROP 2ND        13A-008-004          F  FELONY

WITNESS FOR THE STATE

(GJ,PH) K LATHAM/NEWTON POLICE DEPT./NEWTON/36352

JUDY SNELL/509 MORNING MIST RD./NEWTON/36352
JIMMY SNELL/509 MORNING MIST RD./NEWTON/36352
TERRY WOODHAM/1482 CO. RD. 513/NEWTON/36350

                                       FILED
                                       DALE COUNTY, AL
OPERATOR: MOL      DATE: 09/09/2005    SEP 1 2 2005
                                       MARY BLUDSWORTH
                                       CIRCUIT CLERK

We, The Following Inmates have volunteered to testify that they are of knowledge of the facts of the Testimony set forth That <u>Timmy Terrell Harris has been in the lock down unit From September 8, 2005 until April 1 thru 25 2006 for no Reason; but the fact that he filed a Complaint in this Court</u> By James T. Willis, Timmy Harris has also been harassed or Denied Basic Issued Supplies in Retailiation for his Lawsuit filed Timmy Harris vs Kenneth Latham, Vernon Thomas is a resident of The Town of Newton and is active in the Retailatory measures thru his duties, As a Jailer at Dale County Jail, Wherefore the following have wittnessed both Underlined Statements and will testify to the same,

I personally wittnessed The Above being locked down and Isolated from Population from September 2005 to April 2006 AND OR THE DENIAL OF BASIC ISSUED ITEMS OF HYGIENE.

NAME / (Deampret Johnson (Lock Down)) / ADDRESS

(1). Deampret Johnson — P.O. Box 279 Ozark, Al 36360
(2). Quincey Hatten — P.O. Box 279 Ozark, Al 36360
(3). Willie Ingram /s/ — P.O. Box 279 Ozark, Al 36360
(4). Mark Griffin /s/ — P.O. Box 279 Ozark, Al 36360
(5). Leon Jones /s/ — P.O. Box 279 Ozark, Al 36360
(6). Ronnie Miller (AIS #244648) — (Alabama Dept of Corrections)
(7). _____

PLEASE NOTE: I HAVE THESE INDIVIDUALS HOME ADDRESS'S should they be released by Ozark P.D. at Dale County Jail or Dale Co Sheriff Departments,