IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division

Timmy Terrell Harris
(Plaintiff)

Vs.

Wally Olson
(Defendant)

RECEIVED
2006 JUN 12  A 10:40
DEBRA ... CLERK
U.S. ... 
MID... ALA

1:06-CV-479-WKW

### Plaintiff's Request for An Extension

Comes Now the Plaintiff and files this his request for a extension. Based on the fact that he is Presently trying to Prepare the Proper objection to the Magistrates Recommendation,

Wherefore these Premises considered on this the 9th day June 2006.

_____

### Certificate of Service

I hereby Certify that the above is correct and has been filed to the Court Clerk and forwarded to the Defendant Wally Olson et al