IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

TIMMY T. HARRIS
(PLAINTIFF)

2006 JUN 27 A 10: 24

DEBR...
D...
M...

V.

1:06-CV-479-WKW (WO)

WALLY OLSON, et al.
(DEFENDANTS)

### Plaintiff's Written Objection to Magistrate's Order and Recommendation

Comes Now the Movant/Plaintiff Timmy T. Harris and files this his Objection to the Magistrates Order and Recommendation, In reference to the courts finding, "I, the Plaintiff have not shown or alledged that I am under physical injury or in danger of serious physical injury,". Furthermore this Honorable court has complete jurisdiction of the filed cause 1:06-CV-479-WKW (WO),, Yet I have not indicated the fact that I have been in threat of this Does not mean that this has not been the case or that this has not been "imminent,"

The Defendants in this case has on all occasions either Indirectly tried to Send Inmate's into my cell block to gather information or to Indirectly threathen me into ceasing my complaints, Therefore I leave the Court with the Burden of Not Acting and Leaving me at the descretion of the very "Questionable Defendants in this case, In Essance My life is in Danger and I am asking this Court to Move in this case before something Does

Happen, I will add several Officers have Shown that they are willing to Initiate any act of Aggression, should I prevoke them All in the cover of retaliation,

As proposed In the finding of The Magistrate I file this Written Objection, And In closing I do understand that I may re-file this same case at any time just so I pay my own filing fee which is merely $350.00. In Closing I humbly pray that this Court reconsider its Recommendation,

_____

### Certificate of Service

I hereby Certify that the above is True and has been forwarded to the Clerk of this Court, And the same has been forwarded to the Defendants, Via handmail