IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMMY T. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-479-WKW |
| | ) | (WO) |
| WALLY OLSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 31, 2006, the Magistrate Judge filed a Recommendation (Doc. # 3) in this case, finding that the plaintiff's Complaint (Doc. # 1) is due to be dismissed pursuant to 28 U.S.C. § 1915(g). The plaintiff filed an objection on June 27, 2006 (Doc. # 6).

After an independent and de novo review of the record, the Court finds that the plaintiff's complaint is due to be dismissed.

Therefore, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objections are OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The plaintiff's claims are DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 3rd day of August, 2006.

                                       /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE